UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

GLEN CHRISTIAN,

        Plaintiff,

                              Case Number 06-13376-BC
v.                                  Honorable David M. Lawson

WAL-MART STORES, INC., and
WAL-MART ASSOCIATES, INC.,

        Defendants.
_____ /

**<u>ORDER DENYING PLAINTIFF'S MOTION TO CHANGE VENUE</u>**

        This matter is before the Court on the plaintiff's motion to change venue to the Southern Division of the United States District Court for the Eastern District of Michigan. After considering the parties' submissions, the Court finds that, although venue may be in both this division and the Southern Division, venue is more appropriately in the Northern Division in this case because of the requirements of the local rules.

        Local Rule 83.10(b)(1) provides that when an action is removed from state court, the case shall be assigned to the Division of this Court embracing the county in which the case was pending in state court. E.D. Mich. 83.10(b)(1). This case was originally filed in the Saginaw County, Michigan circuit court. When it was removed to this Court, it was properly assigned to the Northern Division pursuant to Local Rule 83.10(b)(1).

        To be sure, under 28 U.S.C. § 1391, venue also is proper in the Southern Division. *See* 28 U.S.C. § 1391(a)(2) (venue proper in "a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred"). However, because maintaining the case in the Northern Division is consistent with both the venue requirements of 28 U.S.C. § 1391 and the

strictures of Local Rule 83.10(b)(1), the Court will not transfer this case to the Southern Division.

Accordingly, it is **ORDERED** that the plaintiff's motion to change venue [dkt #5] is **DENIED**.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated: August 24, 2006

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 24, 2006.

s/Tracy A. Jacobs  
TRACY A. JACOBS